```
 1  JASON M. FRIERSON
    United States Attorney
 2  Nevada Bar Number 7709
    JUSTIN WASHBURNE
 3  Assistant United States Attorneys
    501 Las Vegas Boulevard South, Suite 1100
 4  Las Vegas, Nevada 89101
    Telephone: 702.388.6378
 5  Justin.Washburne@usdoj.gov
    Attorneys for the United States
 6
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-640-VCF |
| Plaintiff, | **Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |
| v. | |
| AUGUSTIN GARCIA-GOMEZ,<br>    aka "Augustin Garcia,"<br>    aka "Augustin Gomez,"<br>    aka "Augustin Gomez-Garcia," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on __8/3/2023__ at the hour of __4:00__ p.m., be vacated and continued to __10/17/2023__ at the hour of 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

5

1  DATED this 24 day of July, 2023.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE